| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |   |
|---|---|
| Richard D. McCune (State Bar No. 132124)<br>rdm@mccunewright.com<br>David C. Wright (State Bar No. 177468)<br>dcw@mccunewright.com<br>MCCUNE WRIGHT AREVALO, LLP<br>3281 E. Guasti Road, Suite 100<br>Ontario, California 91761 |   |
| ATTORNEY(S) FOR: Plaintiff |   |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Sheila Walder d/b/a Sheila's Mobile Spa & Sheilas Walder Mobile Sp, et al.,<br><br>Plaintiff(s),<br>v.<br>Banc of America Merchant Services, LLC, and Fiserv, Inc.,<br><br>Defendant(s) | CASE NUMBER: 5:21-cv-01247<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Sheila Walder_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Sheila Walder | Plaintiff |

July 27, 2021
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff

CV-30 (05/13)        NOTICE OF INTERESTED PARTIES