1  DAVID C. MARCUS (CA Bar No. 158704)
2  (Email: david.marcus@wilmerhale.com)
   WILMER CUTLER PICKERING
3   HALE AND DORR LLP
4  350 South Grand Avenue, Suite 2400
   Los Angeles, California 90071
5  Telephone: (213) 443-5312
6  Facsimile: (213) 443-5400

7  *Attorneys for Banc of America Merchant Services, LLC & Fiserv, Inc.*

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**
10
11 **EASTERN DIVISION**

| SHEILA WALDER d/b/a SHEILA'S MOBILE SPA & SHEILAS WALDER MOBILE SP, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, and FISERV, INC.,<br><br>Defendants. | Case No. 5:21-cv-01247-JWH-SP<br><br>**BANC OF AMERICA MERCHANT SERVICES, LLC'S AND FISERV, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**<br><br>Judge:         Hon. John W. Holcomb<br>Trial Date:   Not Assigned<br>Action Filed: July 27, 2021 |
|---|---|

Pursuant to Federal Rule of Civil procedure 7.1, defendant Banc of America Merchant Services, LLC discloses that it is wholly owned by Bank of America, N.A and First Data Merchant Services LLC.  First Data Merchant Services LLC is a wholly owned subsidiary of First Data Corporation.   First Data Corporation is in turn a wholly owned subsidiary of defendant Fiserv, Inc.  Fiserv, Inc. certifies that it is a non-governmental party and that it does not have any parent corporations.  No publicly held company owns 10 percent or more of its stock.

Pursuant to L.R. 7.1-1, the undersigned certifies that as of this date, the following entities may have a pecuniary interest in the outcome of this case:

    (1)    Bank of America, N.A.;

    (2)    First Data Merchant Services LLC;

    (3)    First Data Corporation;

    (4)    Fiserv, Inc.; and

    (5)    Sheila Walder, doing business as Sheila's Mobile Spa and Sheilas Walder Mobile Sp.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

2

**BANC OF AMERICA MERCHANT SERVICES, LLC'S AND FISERV, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**
**CASE NO. 5:21-cv-01247-JWH-SP**

1 | Dated: September 10, 2021     Respectfully submitted,

/s/ David C. Marcus
David C. Marcus (CA Bar No. 158704)
 David.Marcus@wilmerhale.com)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

*Attorney for Banc of America Merchant Services, LLC & Fiserv, Inc.*

3

**BANC OF AMERICA MERCHANT SERVICES, LLC'S AND FISERV, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**
**CASE NO. 5:21-cv-01247-JWH-SP**