DAVID C. MARCUS (CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

*Attorneys for Banc of America Merchant Services, LLC & Fiserv, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| SHEILA WALDER d/b/a SHEILA'S MOBILE SPA & SHEILA WALDER MOBILE SP, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, and FISERV, INC.,<br><br>     Defendants. | Case No. 5:21-cv-01247-JWH-SP<br><br>**STIPULATION ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT**<br><br>Judge:     Hon. John W. Holcomb<br>Trial Date:   Not Assigned<br>Action Filed:  July 27, 2021 |

---

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT**
**CASE NO. 5:21-cv-01247-JWH-SP**

## STIPULATION

Plaintiff Sheila Walder d/b/a Sheila's Mobile Spa & Shelias Walder Mobile Sp, and Defendants Banc of America Merchant Services, LLC and Fiserv, Inc., collectively referred to as the "Parties," by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed the Complaint in the above-captioned action on July 27, 2021;

WHEREAS, service on Banc of America Merchant Services, LLC and Fiserv, Inc. was completed by waivers of service executed on August 12, 2021;

WHEREAS, the time for Banc of America Merchant Services, LLC and Fiserv, Inc. to file and serve their responses to the Complaint is currently October 12, 2021;

WHEREAS, the Parties are engaged in discussions and informal exchange of documents to review and evaluate this matter;

WHEREAS, the Parties agree and submit that good cause exists to extend the time by which Defendants must file and serve a response to the complaint;

WHEREAS, C.D. Cal. Local Rule 7-1 permits this Court to extend the time period to respond to the Complaint;

WHEREAS, there has been no prior extension of time to respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED, subject to approval by the Court, by the Parties through their counsel, that the time for Defendants to file and serve their response to the complaint shall be extended to November 11, 2021.

Dated:  September 13, 2021         MCCUNE WRIGHT AREVALO, LLP

                                    By:  /s/ Elaine S. Kusel

1  Elaine S. Kusel, Attorney for Sheila Walder
2  d/b/a Sheila's Mobile Spa & Sheilas Walder Mobile Sp

5  WILMER CUTLER PICKERING
   HALE AND DORR LLP
6  By: /s/ David C. Marcus
7  David C. Marcus, Attorney for Banc of America Merchants Services, LLC and
8  Fiserv, Inc.

### Filer's Attestation

Pursuant to Local Rule 5-4.34(a)(2)(i), David C. Marcus hereby attests that concurrence in the filing of this document has been obtained.

I, David C. Marcus, further hereby attest that all other signatories on whose behalf this filing is submitted concur to the filing of its content and have authorized the filing.

/s/ David C. Marcus
David C. Marcus