Richard D. McCune (State Bar No. 132124)
rdm@mccunewright.com
David C. Wright (State Bar No. 177468)
dcw@mccunewright.com
**MCCUNE WRIGHT AREVALO, LLP**
3281 E. Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:   (909) 557 1275

[Additional counsel listed in signature block]

*Attorneys for Sheila Walder*

.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| SHEILA WALDER d/b/a SHEILA'S MOBILE SPA & SHEILAS WALDER MOBILE SP, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, and FISERV, INC.,<br><br>          Defendants. | Case No. 5:21-cv-01247-JWH-SP<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)**<br><br>Judge:         Hon. John W. Holcomb<br>Trial Date:    Not Assigned<br>Action Filed: July 27, 2021 |

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby gives notice that
2  the above-captioned action is voluntarily dismissed without prejudice against all
3  of the Defendants.

5  Dated: November 4, 2021       By: */s/ Elaine S. Kusel*

Richard D. McCune, CA Bar No. 132124
rdm@mccunewright.com
David C. Wright, Esq., CA Bar No. 177468
dcw@mccunewright.com
**McCune Wright Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Telephone: (909) 557-1250
Facsimile:  (909) 557-1275

Elaine S. Kusel (admitted *pro hac vice*)
esk@mccunewright.com
**McCune Wright Arevalo, LLP**
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (909) 557-1250
Facsimile:  (909) 557-1275

*Attorneys for Plaintiff*